ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 7 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FABIAN TAYLOR | Criminal Indictment<br><br>No. **1:25-CR-005** |

THE GRAND JURY CHARGES THAT:

On or about August 22, 2024, in the Northern District of Georgia, the defendant, FABIAN TAYLOR, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with F.B., an officer of the United States employed by the Federal Bureau of Prisons, while F.B. was engaged in the performance of his official duties, and in doing so, did inflict bodily injury upon F.B., all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A __True__ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

ERIC BOYLAN
Assistant United States Attorney
Tx. Bar No. 24105519
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181